IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MIGUEL GONZALEZ-AGUILAR,

    Plaintiff,

v.

COLETTE PETERS, et al.,

    Defendants.

Case No. 2:13-cv-00374-AC

ORDER

HERNANDEZ, Judge.

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice (#22) is GRANTED.

IT IS SO ORDERED.

DATED this 6 day of August, 2013.

_____
Marco A. Hernandez
United States District Judge

1 - ORDER -    \\ord.local\SHARES\Shares\Acosta\13-374gonzalez-aguilar0731order.wpd